478 A.2d 70

Commonwealth v. Davis, Appellant.

Petition for Allowance of Appeal
Denied Sept. 24, 1984.

■■■

Argued March 29, 1984. Dwight L. Danser, for appellant; Mark S. Refowich, Assistant District Attorney, for Commonwealth, appellee.

Before BROSKY, WIEAND and McEWEN, JJ.

The judgment of sentence of the learned Northampton County Common Pleas Court President Judge Alfred T. Williams, Jr. is affirmed.